UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TASHOMBI WILLIAMS,<br><br>                 Plaintiff,<br>v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>                 Defendants. | Case No. 2:18-cv-00348-JCM-PAL<br><br>**ORDER**<br><br>(IFP App. – ECF No. 1) |

This matter is before the court on Plaintiff Tasombi Williams' Addendum (ECF No. 4). On March 14, 2018, the court entered an Order (ECF No. 3) that required Mr. Williams to file a new IFP application as well as other documentation. In response to the order, Mr. Williams filed an addendum to his previous IFP application. A review of the addendum show that it is insufficient and does not comply with the court's order to file a new IFP application. The court will give Mr. Williams one more chance to comply with this court's order. As such,

**IT IS ORDERED:**

1. The Clerk of Court shall MAIL Mr. Williams a blank IFP application for incarcerated litigants along with instructions for completing the application.

2. Mr. Williams shall file a new IFP application on or before **June 7, 2018**, accompanied by (1) a financial certificate executed and signed by the plaintiff *and an authorized prison official*, (2) a financial acknowledgement executed and signed by the plaintiff, and (3) a statement of his inmate trust account for the six-month period prior to filing.

3. Alternatively, Williams shall pay the $400 filing fee, accompanied by a copy of this Order, on or before **June 7, 2018**.

4. Mr. Williams' failure to comply with this Order by (a) submitting a new IFP application with the required documents, or (b) paying the filing fee before the **June 7, 2018**

1

deadline will result in a recommendation to the district judge that this case be dismissed.

5. Mr. Williams shall also file a certificate of interested parties as required by LR 7.1-1 of the Local Rules of Practice on or before **June 7, 2018**.

Dated this 7th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE