# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TASHOMBI WILLIAMS,<br><br>          Plaintiff(s),<br><br>   v.<br><br>SHERIFF JOE LOMBARDO, et al.,<br><br>          Defendant(s). | Case No. 2:18-CV-348 JCM (BNW)<br><br>ORDER |

     Presently before the court is Magistrate Judge Leen's report and recommendation ("R&R"). (ECF No. 6). No objections have been made and the time to do so has passed.

     Judge Leen recommends dismissing the instant action for pro se plaintiff Tashombi Williams's failure to comply with the court's order. *Id.* at 1 (referring to ECF No. 5). Plaintiff submitted a complaint but did not submit an application to proceed in forma pauperis or remit the $400 filing fee. The court entered an order for plaintiff to complete the in forma pauperis application or pay the filing fee before June 7, 2018. (ECF No. 5). Plaintiff has not taken any further action on the case.

     This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

     Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a

**James C. Mahan**
**U.S. District Judge**

magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and attendant circumstances, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Leen's R&R (ECF No. 6) be, and the same hereby is, ADOPTED.

IT IS FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED without prejudice.

The clerk is instructed to enter judgment and close the case accordingly.

DATED March 16, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -